```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANE DOE 1, et al.            :      CIVIL ACTION
                              :
     v.                       :
                              :
ANDREW MOGILYANSKY, et al.    :      NO. 09-1853
```

ORDER

AND NOW, this 12th day of October, 2012, IT IS HEREBY ORDERED that this case is CLOSED.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```